101 A.3d 98

Marvin CRUMP, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 113 EM 2014.

Supreme Court of Pennsylvania.

Sept. 29, 2014.

## ORDER

PER CURIAM.

AND NOW, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

101 A.3d 99

John L. BLAKE, Petitioner

v.

DISTRICT ATTORNEY OF PHILADELPHIA
COUNTY, et al., Respondent.

No. 114 EM 2014.

Supreme Court of Pennsylvania.

Sept. 29, 2014.

## ORDER

PER CURIAM.

AND NOW, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**